JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARIANNE SPINELLI,<br><br>    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:23-cv-08090-PVC<br><br>**JUDGMENT** |
| --- | --- |

Plaintiff Marianne Spinelli ("Plaintiff") and Defendant United States of America ("Defendant") (collectively with the Plaintiff, the "Parties") consented to the Court's jurisdiction on March 4, 2025, under 28 U.S.C. § 636(c) and Fed. R. Civ. P 73(b), including the entry of final judgment. (Dkt. Nos. 54, 55). A bench trial was held on May 20 and 21, 2025. (Dkt. Nos. 70, 71).

Pursuant to Fed. R. Civ. P. 58, and in accordance and consistent with the Findings of Fact and Conclusions of Law After Bench Trial dated December 18, 2025 (Dkt. No. 81), it is hereby ordered, adjudged, and decreed that judgment in this matter is entered in favor of Defendant, and against Plaintiff.

1

Plaintiff shall take nothing from her action against Defendant.  Defendant is entitled to its costs incurred herein.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: January 20, 2026

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2